**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Jess Hall's Serendipity, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | JHS Packaging  Jess Hall's Serendiptity LLC | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 3 0 5 7 9 0 | |
| **4. Debtor's address** | **Principal place of business** 2920 Shotts Street  Number   Street  Fort Worth, TX 76107  City   State   ZIP Code  Tarrant  County | **Mailing address, if different from principal place of business**  Number   Street  P.O. Box  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| **5. Debtor's website (URL)** | https://www.jesshall.com/ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor __Jess Hall's Serendipity, LLC_____ Case number *(if known)*_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>__4__ __4__ __5__ __2__ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                         MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                        MM / DD / YYYY<br>       Case number, if known _____ |

Debtor   Jess Hall's Serendipity, LLC _____   Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    Jess Hall's Serendipity, LLC    Case number *(if known)* _____
             Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/09/2023
                      MM/ DD/ YYYY

X  /s/ Brian Crisp                                              Brian Crisp
Signature of authorized representative of debtor        Printed name

Title        Chief Restructuring Officer

**18. Signature of attorney**

X  /s/ Scott D. Lawrence                           Date  01/09/2023
Signature of attorney for debtor                                MM/ DD/ YYYY

Scott D. Lawrence
Printed name

Wick Phillips Gould & Martin, LLP
Firm name

3131 McKinney Ave Suite 500
Number    Street

Dallas                                                TX          75204
City                                                  State       ZIP Code

(214) 692-6200                              scott.lawrence@wickphillips.com
Contact phone                                Email address

_____                      _____
Bar number                                    State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Jess Halls Serendipity LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All Star Corrugated<br>1425 Forum Way S.<br>Fort Worth, TX 76140 | David Roth, Esq<br>david@blendenlawfirm.com<br>817-318-7000 | Trade debt | | | | $63,178.75 |
| ASH Automated Packaging Systems Inc,<br>PO Box 59946<br>Suite 400<br>Dallas, TX 75229 | accountsreceivable@ashpackaging.com<br>214-353-9060 | Trade debt | | | | $45,725.78 |
| Barry-Wehmiller Design Group<br>25243 Network Place<br>Chicago, IL 60673-1252 | | Trade debt | | | | $21,799.00 |
| Chesapeake Spice<br>PO Box 6129<br>Hermitage, PA 16148-0922 | kalkam@chesapeake.com<br>972-672-6121 | Trade debt | | | | $224,222.46 |
| CIR<br>4303 Oak Level Road<br>Rocky Mount, NC 27803 | npiner@cir-poly.com<br>800-849-1819 | Trade debt | | | | $51,141.13 |
| DFW SB Industrial, LLC<br>c/o Savrick Schumann Johnson et al<br>4330 Gaines Ranch Loop<br>Suite 150<br>Austin, TX 78735 | Mitchell Savrick<br>Mitchell@ssjmlaw.com | Lease | | | | $81,917.54 |
| Direct Energy<br>P.O. Box 660749<br>Dallas, TX 75266 | | Trade debt | | | | $20,794.59 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Jess Halls Serendipity LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fortis Solutions Group, LLC**<br>PO Box 369<br>Catoosa, OK 74015 | AR-Lewisville@fortissolutionsgroup.com | **Trade debt** | | | | $232,902.21 |
| **Heritage Staffing, LLC**<br>P.O. Box 855917<br>Minneaplis, MN 55485-5917 | | **Trade debt** | | | | $50,723.35 |
| **Humphrey & Associates**<br>1501 Luna Rd<br>Carrollton, TX 75006 | 972-620-1075 | **Trade debt** | | | | $29,858.03 |
| **ICI Foods**<br>P.O. Box 116243<br>Atlanta, GA 30368-6243 | Charles A. Ruesink<br><br>chuckruesink@gmail.com<br>512-343-1958 | **Trade debt** | | | | $59,322.88 |
| **Mettler Toledo Safeline**<br>22677 Network Place<br>Chicago, IL 60673 | carolyn.beadle@mt.com | **Trade debt** | | | | $32,376.93 |
| **Newly Weds Foods**<br>29565 Network Place<br>Chicago, IL 60673-1295 | ARNWF@newlywedsfoods.com<br>773-628-6942 | **Trade debt** | | | | $26,072.23 |
| **Popular Ink, LLC**<br>29476 Network Place<br>Chicago, IL 60673-1294 | Dennis.Alfonsin@pcflex.com<br>972-542-6170 | **Trade debt** | | | | $241,141.41 |
| **Roland Foods**<br>PO Box 734016<br>Chicago, IL 60673-4016 | michele.pedersen@rolandfood.com<br>800-221-4030 x851 | **Trade debt** | | | | $23,102.00 |
| **Smitty Bee Honey**<br>208 Main Ave<br>Defiance, IA 51527 | jg@pacific-ag.net<br>661-336-8141 | **Trade debt** | | | | $66,560.00 |
| **St. Charles Trading Inc.**<br>P.O. Box 5905<br>Carol Stream, IL 60197-5905 | amcnally@stcharlestrading.com<br>630-377-0608 x335 | **Trade debt** | | | | $58,443.00 |
| **Summit Hill Foods**<br>P.O. Box 743056<br>Atlanta, GA 30374-3056 | arteam@shfoods.com<br>337-606-4663 | **Trade debt** | | | | $382,435.61 |

Debtor **Jess Halls Serendipity LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Uline**<br>**PO Box 88741**<br>**Chicago, IL**<br>**60680-1741** | **800-295-5510** | **Trade debt** | | | | **$19,685.21** |
| **Winpak**<br>**1365 North Ayala Drive**<br>**Rialto, CA 92376** | | **Trade debt** | | | | **$43,294.73** |

# United States Bankruptcy Court
### Northern District of Texas

In re **Jess Hall's Serendipity, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Jess Hall's Serendipity, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

01/09/2023
Date

/s/ Scott D. Lawrence
Signature of Attorney or Litigant
Counsel for **Jess Hall's Serendipity, LLC**

1

BTXN 169

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

IN RE: §
§
Jess Hall's Serendipity, LLC §   Case No. _____
Debtor(s) §
§   Chapter 11
§

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I - DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the Chapter of Title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I hereby declare under penalty of perjury that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition, lists, statements, and schedules have been filed electronically.

☐ *[Check only if Chapter 7 individual debtor(s) whose debts are primarily consumer debts]*
I am an individual whose debts are primarily consumer debts and who has chosen to file under Chapter 7. I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each Chapter, and choose to proceed under Chapter 7.

☒ *[Check only if debtor is a corporation, partnership or limited liability company]*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: 01/09/2023         _____/s/ Brian Crisp_____
Brian Crisp
Chief Restructuring Officer
EIN No. 5790

### PART II - DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Date: 01/09/2023         _____/s/ Scott D. Lawrence_____
Scott D. Lawrence, Attorney

*(Revised 1/15/14)*