Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Phone: (817) 332-7788
Fax: (817) 332-7789

PROPOSED COUNSEL FOR DEBTOR AND
DEBTOR IN POSSESSION

Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Catherine A. Curtis, Tex. Bar No. 24095708
catherine.curtis@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Fax: (214) 692-6255

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-40073** |
| **JESS HALL'S SERENDIPITY, LLC,** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Jess Hall's Serendipity, LLC (the "Debtor"), as debtor in possession in the above-captioned chapter 11 case (the "Case"), with the assistance of its advisors and attorneys, is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules and SOFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor. The Schedules and SOFA are not an admission that the Debtor was solvent or insolvent as of January 9, 2023 (the "Petition Date") or at any time before the Petition Date.

The information contained in the Schedules and SOFA was prepared based on the best information available and to the Debtor's knowledge and belief. The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation beyond the requirements of the Bankruptcy Code to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

Chief Restructuring Officer Brian Crisp (the "CRO") has reviewed the Schedules and SOFA but the Schedules and SOFA are primarily based on the Debtor's books and records. The Debtor's books and records were substantially kept by the Debtor's employees, agents and advisors prior to the Debtor's retention of the CRO in October 2022. As such, the CRO has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and its advisors in presenting the Schedules and SOFA. The CRO has not (and could not have) personally verified the accuracy of each amount, statement, and representation contained in the Schedules and SOFA.

## Global Notes and Overview of Methodology

**1. Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Statement and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("Claim") descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights with respect to the Case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the

foregoing, the Debtor shall not be required to update the Schedules and SOFA except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** Unless otherwise indicated, the Schedules and SOFA represent the Debtor's data as of the close of business on the Petition Date.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and SOFA reflect book value as of the Petition Date. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Some asset values stated in the Schedules and SOFA are estimates based on the best available information available to the Debtor. Unless otherwise noted, the asset values stated in the Schedules and SOFA are not based on professional appraisals or any specific valuation methodology.

**4. Recharacterization.** Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and the Debtor's financial statements and recent turnover in management. Accordingly, the Debtor reserves all its rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, in response to one or more SOFA questions, or one or more exhibits or attachments to the Schedules and SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFA, exhibits, or attachments.

**5. Excluded Assets and Liabilities.** The Debtor may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, net operating loss tax characteristics ("NOLs"), accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtor has also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

**6. Insiders.** For purposes of the Schedules and SOFA, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and SOFA shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or

(d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**7. Intellectual Property Rights.** Exclusion of any intellectual property from the Schedules and SOFA shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**8. Classifications**. Listing (a) a Claim on Schedule E/F as "priority," or (b) a Claim on Schedule E/F as "unsecured" does not constitute an admission by the Debtor of the legal rights of the claimant. Checking any box or the inclusion or exclusion of any comments on Schedule E/F is not a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**9. Claims Description.** Schedule E/F permits the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and SOFA on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

**10. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtor may not have listed all its causes of action or potential causes of action against third parties as assets in the Statement and Schedules, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**11. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property and equipment listed in the Schedules and SOFA are presented with any liens that may attach (or have attached) to such property and equipment, to the best of the Debtor's knowledge, except that liens attaching to substantially all of the Debtor's assets are not noted as to each and every asset listed.

**12. Abandoned Property.** Before filing this bankruptcy case, the Debtor abandoned the property and all assets located at 2951 Suffolk Drive, Suite 640, Fort Worth, TX 76153 (the "Abandoned Property"), all of which was of inconsequential value to the Debtor's bankruptcy estate because of costs associated with moving or disposing of the property. Debtor, to the best of its ability, attempted to separate and not report Abandoned Property from its Schedules. However, some of the property listed in the Schedules may have been abandoned.

**13. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**14. Employee Addresses.** Current employee and director addresses have been reported as the Debtor's business address throughout the Schedules and SOFA, where applicable.

**15. Global Notes Control.** In the event that the Schedules and SOFA differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Notes with Respect to the Debtor's Schedules and SOFA.**

**1. Schedule A/B, Part 5 – Inventory, excluding agriculture assets**
The value of assets reflected in the Debtor's books and records is generally the Debtor's cost to acquire the asset. In most cases, these assets are worth far less under the Debtor's current, non-operational circumstances. Generally, the Debtor's finished goods, film and labels, and work in progress are not marketable because they were manufactured for fulfilment of orders from purchasers that no longer purchase from the Debtor. Substantially all of the Debtor's raw ingredients are unusable and unsaleable due to spoilage, chain of custody requirements for food products, or both.

**2. Schedule A/B, Part 8, Question 50 – Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Valuation methodology for the furniture, machinery, and equipment is book value, which the Debtor noted as the cost of acquisition of the furniture, machinery, and equipment, decreased by depreciation based on the applicable schedule. The Debtor believes the value of these assets may differ at an open market sale.

**3. Schedule A/B, Part 10, Question 60 – Patents, copyrights, trademarks, and trade secrets**
As explained more fully in the Debtor's *Motion for Entry of Order Authorizing and Approving the Sale of Assets Free and Clear of Liens, Claims, and Encumbrances and Granting Related Relief* (ECF No. 16, the "Motion to Sell"), filed on January 13, 2023, the Debtor believes it has identified a unique opportunity to monetize its intellectual property assets. While the Debtor does not assign any book value to this IP, the Debtor estimates it will generate income of $89,199 from licensing these intellectual property assets as proposed in the Motion to Sell.

**4. Schedule A/B, Part 11, Question 74 – Causes of action against third parties (whether or not a lawsuit has been filed).**
The Debtor is seeking to negotiate its remaining rights to payment with Clifco Spice Sales, Inc. ("Clifco"). The Debtor is still in the process of determining the scope of its Claims against Clifco.

The Debtor is seeking to negotiate its remaining rights to payment with its former landlord at the leased premises at 2951 Suffolk which is subject to the Debtor's *Motion to Reject Industrial Lease Agreement with DFW SB Industrial, LLC* (ECF No. 3, the "Motion to Reject"). The Debtor is still in the process of determining the scope of its Claims against this landlord. The Debtor intends to offset any damages resulting from the rejection of this lease against its deposit and against its right to a tenant improvement reimbursement under the lease.

The Debtor may have other causes of action and is not waiving any rights to pursue such causes of action in the future.

**5. Schedule A/B, Part 11, Question 77 – Other property of any kind not already listed**
The amount listed as "Due from Partners" is $8,150.00 that George "Dub" Hall, Jr. was requested to fund to the Debtor as part of a capital call that Mr. Hall only partially funded. The Debtor does not have a right to payment of these amounts but instead the unpaid amount dilutes Mr. Hall's equity interest in the Debtor.

**6. Schedule D, Part 1, Item 2.2 – List of Creditors Who Have Secured Claims.**

The Debtor intends to file a rendition with the Tarrant County Appraisal District to dispute the taxable value of its business personal property for the 2023 tax year only.

**7. Schedule E/F, Part 1, Item 2.1 and Part 2, Items 3.124 and 3.254 – List of Creditors with Priority and Non-Priority Unsecured Claims.**

The claims listed for George W. "Dub" Hall, one of the Debtor's insiders, are for his accrued but unpaid wages. These claims are composed of the amounts entitled to priority repayment and the balance which is listed as a general unsecured claim.

The claims listed for Robert Gantt Bumstead, one of the Debtor's insiders, are for his accrued by unpaid wages. None of these amounts are entitled to priority repayment and so the entire claim amount is listed as a general unsecured claim.

**8. Statement of Financial Affairs, Part 6, Question 11.1 – Certain Payments or Transfers Related to Bankruptcy**

Debtor hired Baker Heath, PLLC for legal services incurred pre-petition. Baker Heath, PLLC continues to hold the retainer given by Debtor. Debtor is determining how to move forward with Baker Health, PLLC and its retainer.

**9. Statement of Financial Affairs, Part 10, Question 20 – Off-Premises Storage**

Prior to the Petition Date, the Debtor received invoices and other communications from the parties listed in this response, but the Debtor has not yet completed its investigation to determine whether these parties still hold any property of the Debtor's estate.

**Fill in this information to identify the case:**

Debtor name      **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-40073-mxm11**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Frost Bank** | **Checking** | **8282** | **$241,464.63** |
| 3.2. | **Frost Bank** | **Money Market** | **2645** | **$24,757.88** |
| 3.3. | **JP Morgan** | **Checking** | **1777** | **$17,200.74** |
| 3.4. | **PayPal** | | | **$831.77** |

**4.   Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Undeposited Checks** | | **$8,814.90** |

**5.   Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $293,069.92 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

| Debtor | **Jess Halls Serendipity LLC** | Case number *(If known)* **23-40073-mxm11** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

7.1.   **Deposit - 2951 Suffolk Dr. Fort Worth, TX 76133**                    $20,955.73

7.2.   **Prepayment - Maxum Indemnity Company**                              $17,686.85

7.3.   **Retainer - Wick Phillips LLP**                                       $50,000.00

7.4.   **Retainer - Lain Faulkner & Co., PC**                                $50,100.00

7.5.   **Retainer - Baker Heath PLLC**                                       $12,026.50

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    $150,769.08
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **111,155.33**  -    **37,904.47**  =....    $73,250.86
                          face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                   $73,250.86
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **Jess Halls Serendipity LLC** | Case number *(If known)* | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw Ingredients** | **Unknown** | **$205,937.40** | | **$0.00** |
| 20. | **Work in progress** **Work in progress** | **Unknown** | **$60,713.39** | | **$0.00** |
| 21. | **Finished goods, including goods held for resale** **Retail-Wholesale Finished Goods** | **November 2022** | **$24,593.01** | | **$0.00** |
| | **Industrial Finished Goods** | **November 2022** | **$26,825.65** | | **$0.00** |
| 22. | **Other inventory or supplies** **Packaging Materials** | **Unknown** | **$54,295.83** | | **$0.00** |
| | **Film and labels** | **Unknown** | **$296,440.05** | | **$0.00** |

23. **Total of Part 5.**                                                                                    $0.00
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor **Jess Halls Serendipity LLC**                         Case number *(If known)* **23-40073-mxm11**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture - included in Part 8: Machinery, equipment, or vehicles** | **$0.00** | | **$0.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                       **$0.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Furniture and Equipment - See attached Schedule** | **$875,507.14** | Cost net of Dep | **$875,507.14** |

51.    **Total of Part 8.**                                                       **$875,507.14**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **Jess Halls Serendipity LLC** | Case number *(If known)* **23-40073-mxm11** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **2920 Shotts St**<br>**Fort Worth, TX 76107** | Lease | $0.00 | | $0.00 |
| 55.2. | **2951 Suffolk Dr**<br>**Fort Worth, TX 76133** | Lease | $0.00 | | $0.00 |

**56.** **Total of Part 9.** | $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets**<br>**Jess Hall's Brand & Spice Mixes** | $0.00 | | $0.00 |

Debtor    **Jess Halls Serendipity LLC**                         Case number (If known)  **23-40073-mxm11**
          Name

| | | |
|---|---|---|
| **The names "Jess Hall's Serendipity" and "Jess Hall's Serendipity Seasoned Salt" and all derivatives thereof, (ii) the domain name www.jesshall.com, (iii) all associated logos, branding and trademarks or tradenames with any of the foregoing, including without limitation, the trademark for "Jess Hall's Serendipity Seasoned Salt" covered by United States Trademark Registration No. 2624563, and (iv) all confidential recipes and formulas marketed or co-branded under the "Jess Hall's Serendipity" label, including but not limited to "Serendipity Seasoned Salt", "Serendipity Hot Seasoned Salt with MSG" and "Bush's Blend Spicy Salt"** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** Goodwill | $342,978.00 | $342,978.00 |

66.    **Total of Part 10.**                                                  $342,978.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                  Current value of
                                                                  debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

| Debtor | **Jess Halls Serendipity LLC** | Case number *(If known)*   **23-40073-mxm11** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Due from Clifco Spice Sales, Inc.** | **$23,760.73** |
| | **Nature of claim**    **See Global Notes** | |
| | **Amount requested**                        **$0.00** | |
| | **2951 Suffolk - Tenant Improvement Reimbursement** | **$101,562.50** |
| | **Nature of claim**    **See Global Notes** | |
| | **Amount requested**                        **$0.00** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Prepaid Merchandise** | **$9,883.58** |
| | **Leasehold Improvements - See Global Notes** | **$98,735.39** |
| | **Due from Partners** | **$8,150.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$242,092.20** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Jess Halls Serendipity LLC**                    Case number *(If known)*  **23-40073-mxm11**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $293,069.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $150,769.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,250.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $875,507.14 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $342,978.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $242,092.20 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,977,667.20 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,977,667.20 |

**Fill in this information to identify the case:**

Debtor name    **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40073-mxm11**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Tarrant County Tax Assessor - Collector** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Furniture & Equipment**

**$28,670.35**    **$0.00**

**100 E. Weatherford**
**Fort Worth, TX 76196**

Creditor's mailing address

**Describe the lien**
**2022 Ad Valorem Taxes**
**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**1/1/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1840**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

| 2.2 | **Tarrant County Tax Assessor - Collector** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Furniture & Equipment**

**$28,670.35**    **$0.00**

**100 E. Weatherford**
**Fort Worth, TX 76196**

Creditor's mailing address

**Describe the lien**
**2023 Ad Valorem Taxes**
**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**1/1/2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1840**

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No<br><br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $57,340.70

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name     **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-40073-mxm11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**George W Hall**<br>**2920 Shotts Street**<br>**Fort Worth, TX 76107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,150.00 | $15,150.00 |
| Date or dates debt was incurred<br>**Aug. 2022 - Jan. 2023** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**
**P.O. Box 149348**
**Austin, TX 78714-9348**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **3784**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.4** Priority creditor's name and mailing address

**Texas Workforce Commission**
**101 E. 15th Street, Ste. 514**
**Austin, TX 78778-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**4C2 Electrical**
**1621 W Crosby RD, #112**
**Carrollton, TX 75006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,137.64**

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**Aaron Packaging**
**5783 West Feulner Park Circle**
**West Jordan, UT 84081**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**Adolfo Ramirez Reveles**
**2920 Shotts Street**
**76107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adriana Alvarez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,793.97 |
|---|---|---|---|

**Advanced Spice & Trading, Inc.**
**13951 Senlack Drive**
**Suite 150**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.19 |
|---|---|---|---|

**AFCO**
**5121 Coffey Avenue**
**Chambersburg, PA 17201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,790.00 |
|---|---|---|---|

**AGS**
**3823 Montego Bay Court**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ahmed Khalafalla**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $960.48 |
|---|---|---|---|

**Airgas**
**801 E Northside Dr**
**Fort Worth, TX 76102-1017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alam Paiz**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|--------|-------------------------------|------------------------|--------------------|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Alan Glazener & Associates**
**6040 Camp Bowie Blvd.**
**Fort Worth, TX 76116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Alexander Morales**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Alexandra E. Medina**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Alfredo Tenorio**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Alicia L. Bayle**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Alkidric Simmons**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**All American Containers, Inc.**
**9330 NW 110th Ave.**
**Miami, FL 33178**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All Fill, Inc.**
**418 Creamery Way**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All Size Supply Co**
**904 Fountain Pkwy**
**Grand Prarie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,178.75 |
|---|---|---|---|

**All Star Corrugated**
**1425 Forum Way S.**
**Fort Worth, TX 76140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $484.30 |
|---|---|---|---|

**Allied Electronics**
**P.O. Box 841811**
**Dallas, TX 75284-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American International Foods, Inc**
**8066 Fulton St. E**
**Ada, MI 49301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AmTech Ingredients**
**517 Adams Ave**
**Albert Lee, MN 56007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
---

**Ana G. Casas**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Ana Romero**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Andrea Olivas**
**2900 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Andrew Martinez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Anibal Hernandez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Anthony R. Arredondo**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Antler Mechanical, LLC**
**4113 Clay Avenue**
**Haltom City, TX 76117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.32** |
|---|---|---|---|

**Anton & Associates**
**4115 Mesa Drive**
**Denton, TX 76207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Antonio Vasquez**
**3254 Olive PL**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.57** |
|---|---|---|---|

**APG&E**
**PO Box 660038**
**Dallas, TX 75266-0038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416.69** |
|---|---|---|---|

**Applied Industrial Technologies**
**PO BOX 100538**
**Pasadena, CA 91189-0538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Araceli Ramirez Jaquez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aramark Uniform Services**
**PO Box 731676**
**Dallas, TX 75373-1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aric Stoff**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Armando Almeida**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,725.78 |

**ASH Automated Packaging Systems Inc,**
**PO Box 59946**
**Suite 400**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.81 |

**Atmos**
**P.O. Box 790311**
**St. Louis, MO 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Audra L. Higgins**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,069.00 |

**Auger-Fabrication Inc. / All-Fill**
**4102 Edges Mill Road**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bakkavor Food USA, Inc**
**1501 North Plano Road**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,175.55 |

**Bana Box**
**P.O. Box 679067**
**Dallas, TX 75267-9067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,799.00** |
|---|---|---|---|

**Barry-Wehmiller Design Group**
**25243 Network Place**
**Chicago, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Basic Food Flavors, Inc**
**3950 E Craig Rd, N**
**Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Becky G. Reyna**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben E Keith**
**PO Box 2607**
**Fort Worth, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.50** |
|---|---|---|---|

**Bend Financial, Inc**
**115 Broad Street Suite 5R**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Berlin Packaging**
**P.O. Box 74007164**
**Chicago, IL 60674-7164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bibiana Aguiluz**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **BioSpringer North America**<br>**BOX 78209**<br>**Milwaukee, WI 53278-8209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Birch**<br>**PO Box 105066**<br>**Atlanta, GA 30348-5066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Blue Apron**<br>**28 Liberty Street, 28th Floor**<br>**New York., NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Brackeen Fire & Safety**<br>**386 Big Salty Court**<br>**Springtown, TX 76082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Brandi N Blackburn**<br>**2920 Shotts Street**<br>**Fort Worth, TX 76107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Burch Bottle & Packaging**<br>**430 Hudson River Rd.**<br>**Waterford, NY 12188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Busch Machinery, Inc.**<br>**727 E 20th Street**<br>**Tuscon, AZ 85719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,397.60** |
|---|---|---|---|

**Butternut Mountain Farm**
**37 Industrial Park Dr.**
**Morrisville, VT 05661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carmen Velazquez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carson Gates**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carson Lynch**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Casswell Rodgers**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CF Electric, Inc.**
**4901 Tim Donald Road**
**Justin, TX 76247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chandler Food Sales Company**
**P.O. Box 532607**
**Grand Priarie, TX 75053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chem Can Services, LLC**
**16660 Dallas Pkwy.**
**Suite 1600**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,222.46 |
|---|---|---|---|

**Chesapeake Spice**
**PO Box 6129**
**Hermitage, PA 16148-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4690__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Cintron**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,141.13 |
|---|---|---|---|

**CIR**
**4303 Oak Level Road**
**Rocky Mount, NC 27803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clarissa Switzer**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clifco Spice Sales**
**12217 J Rendon Road**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clint McMillen**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Collins and Young, LLC.**
**1000 Foch St Suit 120**
**Fort Worth, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Colton R Manning**
**2920 Shotts Street**
**Fort Worth, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Crawford Rodgers**
**2920 Shotts Street**
**Fort Worth, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Cullen & Shotts**
**1635 Rogers Rd.**
**Fort Worth, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.21 |
| --- | --- | --- | --- |

**Culligan**
**3201 Premier Dr.**
**Suite 300**
**Irving, TX 75063-6075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Dallas J. Petersen**
**2920 Shotts Street**
**Fort Worth, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Damian Brown**
**2920 Shotts Street**
**Fort Worth, TX 76107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel G Gunnels**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dar Pro**
**PO Box 554885**
**Detroit, MI 48255-4855**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Darling Ingredients**
**P.O. Box 554885**
**Detroit, MI 48255-4885**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Rodriguez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dawn Foods**
**3353 Miller Park South, #100**
**Garland, TX 75042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $763.89 |
|---|---|---|---|

**Daylight Transport, LLC.**
**PO Box 93155**
**Long Beach, CA 90809**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deanna F. Temple**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Defender Outdoors**
**845 FM 407 W**
**Argyle, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Denitech**
**PO Box 844173**
**Dallas, TX 75284-4173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DFW Movers & Erectors, Inc**
**3201 N. Sylvania Ave.**
**Suite 115**
**Fort Worth, TX 76111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,917.54 |
|---|---|---|---|

**DFW SB Industrial, LLC**
**c/o Savrick Schumann Johnson et al**
**4330 Gaines Ranch Loop**
**Suite 150**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DieuMerci Tshitoko**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,794.59 |
|---|---|---|---|

**Direct Energy**
**P.O. Box 660749**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Double C Electric**
**174 HCR 1431**
**Covington, TX 76636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number *(if known)* | **23-40073-mxm11** |
| --- | --- | --- | --- |
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Dub Hall**
**2900 Shotts St.**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DXP Super Center**
**1510 W. Shady Grove Rd.**
**Suite 200**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Edgar A Chavez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Eduardo R. Tello**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Edward Braye**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,217.50 |
| --- | --- | --- | --- |

**EMC Insurance Companies**
**PO BOX 219637**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.00 |
| --- | --- | --- | --- |

**EMC National Life**
**PO Box 875221**
**Kansas City, MO 64187-5221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Enrique Campos** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $184.02 |
| | **Executive Protection Systems** | ☐ Contingent | |
| | **801 Cherry Street** | ☐ Unliquidated | |
| | **Unit #9** | ☐ Disputed | |
| | **Fort Worth, TX 76102-6881** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.40 |
| | **FedEx** | ☐ Contingent | |
| | **PO Box 660481** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0481** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,615.11 |
| | **Fiix** | ☐ Contingent | |
| | **1201 S Second Street** | ☐ Unliquidated | |
| | **Milwaukee, WI 53204** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Flock Freight** | ☐ Contingent | |
| | **Dept LA 24808** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Florentino Hernandez** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $462.78 |
| | **Food Safety Net Services** | ☐ Contingent | |
| | **P.O. Box 116438** | ☐ Unliquidated | |
| | **Carrollton, TX 75011-6438** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Former Fab, Inc.**
**2101 Former Fab Dr.**
**Pearlland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00**

**Fort Worth Hispanic Chamber of Commerce**
**1327 North Main Street**
**Fort Worth, TX 76164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$431.05**

**Fort Worth Water Department**
**City of Fort Worth**
**P. O. Box 870**
**Fort Worth, TX 76101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$232,902.21**

**Fortis Solutions Group, LLC**
**PO Box 369**
**Catoosa, OK 74015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Fox Scientific, Inc.**
**8221 East FM 917**
**Alvarado, TX 76009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Frank Aguirre**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Frank W. Tilley**
**3409 Rustwood CT**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frankston Packaging**
**PO Box 368**
**Frankston, TX 75763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fricks Pallet Company**
**101 Goforth Road**
**Crowley, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frost Bank**
**640 Taylor Street**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fusion Cloud Services, LLC**
**320 Interstate North Parkway Southeast**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**G&A Construction**
**8735 Mosswood Dr.**
**Dallas, TX 75227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gayle Hall Payment**
**PO BOX 833**
**Weatherford, TX 78086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**General Data Co., Inc.**
**4354 Feguson Drive**
**Cincinnati, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$991.19** |

**General Packaging Equipment**
**6048 Westview Dr.**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,477.90** |

**George W Hall**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2022 - Jan. 2023**

Last 4 digits of account number _

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**George W. Pilgrim**
**12 Castile Dr**
**Fredonia, NY 14063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,443.00** |

**George Young Jr.**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Geovani Garcia-Aldava**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gerardo Juarez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,392.34** |

**Grainger**
**Dept. 886063007**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Guadalupe Campos**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hardcore Carnivore**
**6800 Westgate Blvd.**
**Austin, TX 78745**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hayssen**
**25242 Network Place**
**Chicago, IL 60673-1252**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Prieto**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hector D Martinez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HelloFresh**
**28 Liberty Street**
**10th Floor**
**New York, NY 10005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Heriberto Morales**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,723.35**

**Heritage Staffing, LLC**
**P.O. Box 855917**
**Minneaplis, MN 55485-5917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Higginbotham (HR SERVICES)**
**1725 Windward Concourse.**
**Suite 100**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Higginbotham - Business Insurance**
**P.O. Box 735110**
**Dallas, TX 75373-5110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Hillary N Cotten**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HMC Products, Inc.**
**7165 Greenlee Drive**
**Machesney Park, IL 61011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$645.08**

**Home Depot**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,858.03**

**Humphrey & Associates**
**1501 Luna Rd**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,216.89** |
|---|---|---|---|

**Hygiena, LLC**
**1801 W Olympic Blvd**
**Pasadena, CA 91199-2007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,322.88** |
|---|---|---|---|

**ICI Foods**
**P.O. Box 116243**
**Atlanta, GA 30368-6243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,894.11** |
|---|---|---|---|

**ID Technology**
**P.O. Box 73419**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ignacio Basulto**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,980.48** |
|---|---|---|---|

**ILAPAK, INC**
**105 Pheasant Run**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**International Dehydrated Foods**
**3801 East Sunshine**
**Springfield, MO 65809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IPFS Corporation**
**P.O. Box 730223**
**Dallas, TX 75373-0223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isaac Vass**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.50 |
|---|---|---|---|

**J.P. Bowlin**
**P.O. Box 222288**
**Dallas, TX 75222-2288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JaVitta Williams**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jennifer Watson**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jesus Beltran Siller**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Miller**
**16 The Hill**
**Galisteo, NM 87450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,640.60 |
|---|---|---|---|

**Johnson Equipment Company**
**P.O. Box 802009**
**Dallas, TX 75380-2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan W Warner**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Michel-Martinez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Gonzalez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Adams Corp.**
**PO Box 583**
**Valley City, OH 44280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph L Hopf**
**2900 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Q. Poplett**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua R. Figueroa**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Rangel**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joshua Strickland**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JP Morgan**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julio Renteria**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,582.19** |
|---|---|---|---|

**Kaizon Solutions**
**PO Box 7067**
**Lee's Summit, MO 64064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$385.31** |
|---|---|---|---|

**Kaman Industrial Technologies**
**P.O. Box 74566**
**Chicago, IL 60696-4566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Katy Johnston**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Hart & Hallman LLP**
**201 Main**
**Suite 2500**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Ponce**
**2900 Shotts Steet**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kikkoman**
**50 California Street**
**Suite 3600**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kraft Heinz**
**200 East Randolph**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LA Enterprises**
**4306 Pomono Road**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura E. Minatra**
**17328 W FM 1188**
**Stephenville, TX 76401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lesley Rivas**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Liberty Label Applicator**
**5600 Dunson Dr**
**Watauga, TX 76148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Local Hive Honey**
**3331 West 29th Street**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.27 |
|---|---|---|---|

**Longhorn Electric Service**
**PO Box 1569**
**Alvarado, TX 76009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lopez, Pedro**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,658.20 |
|---|---|---|---|

**LSI Staffing**
**P.O. Box 2876**
**Wichita, KS 67201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis D. Garcia**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis J. Gonzalez Romero**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Luis Rodriguez** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Luxor Staffing** | ☐ Contingent | |
| | **2221 E. Lamar Blvd** | ☐ Unliquidated | |
| | **Suite 840** | ☐ Disputed | |
| | **Arlington, TX 76006** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ma Teresa Serrano de Zavala** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Maria I Perez** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Maria Ontiveros** | ☐ Contingent | |
| | **2900 Shotts Steet** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Maricela Rodriguez** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Marsha Unruh** | ☐ Contingent | |
| | **2920 Shotts Street** | ☐ Unliquidated | |
| | **Fort Worth, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Mary Teena Johnson**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Mason Smith**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Matthew J Manning**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.196**

**Nonpriority creditor's name and mailing address**

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197**

**Nonpriority creditor's name and mailing address**

**McQueary Industries, Inc.**
**P.O.  Box 145**
**Fort Worth, TX 76101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.198**

**Nonpriority creditor's name and mailing address**

**Melinda Lopez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.199**

**Nonpriority creditor's name and mailing address**

**Melinda Lozano**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Mellina & Associates**
**6100 Western Place**
**Suite 903**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**

**Melody A Robertson**
**2920 Shotts Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Melvin Kalka Jr.**
**15372 Mountain View Lane**
**Frisco, TX 75035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Mettler Toledo Safeline**
**22677 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$32,376.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204**

**Nonpriority creditor's name and mailing address**

**Mettler-Toledo Hi-Speed**
**22673 Network Place**
**Chicago, IL 60673-1226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Midstate Oil Tools**
**1934 Commercial Dr**
**Mt. Pleasant, MI 48858**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206**

**Nonpriority creditor's name and mailing address**

**Mitsubishi International Food Ingredient**
**Suite 503**
**Suite 503**
**Fort Lee, NJ 07024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,754.48** |
|---|---|---|---|

**MJS Packaging**
**35601 Veronica St.**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.22** |
|---|---|---|---|

**Motion Industries**
**2589 NE 33rd Street**
**Suite A**
**Fort Worth, TX 76111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nathaniel Cruz**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nature Nate's**
**2910 Nature Nate Farms**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Neal Blough**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nelson Jameson Inc.**
**P O Box 647**
**Marshfield, WI 54449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$989.72** |
|---|---|---|---|

**New Benefits**
**PO Box 803475**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,072.23 |
|---|---|---|---|

**Newly Weds Foods**
**29565 Network Place**
**Chicago, IL 60673-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nikole Ward**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nolan Isaacs Consulting**
**5730 Woodmoss Lane**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NovaTime**
**9680 Haven Ave.**
**Suite 200**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NY Shuk**
**419 Monroe St.**
**#1**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nyakeh B. Lansana**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Octavio Martinez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.221**

**Nonpriority creditor's name and mailing address**

**Ol Gringo Chili Co.**
**983 Higgenson**
**Mineral Wells, TX 76067**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.222**

**Nonpriority creditor's name and mailing address**

**Orkin**
**3601 NE Loop 820**
**STE 100**
**Fort Worth, TX 76137**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt** _

Is the claim subject to offset? ■ No ☐ Yes

$1,644.35

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Orthodox Union**
**11 Broadway**
**New York, NY 10004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Overwraps Packaging, Inc.**
**Dept. #8285**
**PO BOX 650002**
**Dallas, TX 75265**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt** _

Is the claim subject to offset? ☐ No ☐ Yes

$11,159.58

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Patricia R Kaiser**
**2920 Shotts Street**
**Fort Worth, TX 76107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Patrick Foote**
**2920 Shotts Street**
**Fort Worth, TX 76107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Pay Pal**
**2211 N First St**
**San Jose, CA 95131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paylocity Corporation**
**3850 N. Wilke Road**
**Arlington Heights, TX 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Payne, Todd, Sulak & Co.**
**101 Summit Avenue, Suite 806**
**Fort Worth, TX 07612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pendery's**
**1221 Manufacturing St.**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Performance Food Group**
**PO Box 209043**
**Dallas, TX 75320-9043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Perry Johnson Registrars Food Safety, In**
**755 W. Big Beaver Rd., Suite 1390**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Pilgrim Food Group**
**12 Castile Drive**
**Fredonia, NY 14063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PL&PG LLC**
**953 E Harvey Avenue**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pneumatic Services**
**PO Box 80315**
**Keller, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Poly Sheet Metal**
**3025 Wichita Court**
**Fort Worth, TX 76140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241,141.41 |
|---|---|---|---|

**Popular Ink, LLC**
**29476 Network Place**
**Chicago, IL 60673-1294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PPC Flexible Packaging**
**660 Woodward Avenue**
**Detroit, MI 48226-3506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.32 |
|---|---|---|---|

**Professional Packaging Systems, LLC**
**2010 S Great SW Pkwy**
**Grand Prairie, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,608.80 |
|---|---|---|---|

**Pronto Delivery**
**7420 S Cooper Street**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,196.61 |
|---|---|---|---|

**PSnC, Inc.**
**PO Box 67**
**Bath, PA 18014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|--------|-------------------------------|------------------------|---------------------|
| | Name | | |

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Quality Assurance International**
Dept. Lockbox #771380
P.O. Box 77000
Detroit, MI 48277-1380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Quasar Energy Services, Inc.**
3288 FM 51
Gainesville, TX 76240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,843.00 |
|-------|--|--|--|

**Quincy Compressor LLC**
Department 3427 - Lockbox 893427
PO BOX 123427
Dallas, TX 75312-3427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**R&E Tooling & Plastics**
P.O. Box 14156
Haltom City, TX 76117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Rafael Martinez**
2920 Shotts Street
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Ralston Family Farms**
321 Atkins Bottom Rd
Atkins, AR 72823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Raul Gutierrez**
2920 Shotts Street
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.22 |
|---|---|---|---|

**Ready Refresh**
**4718 Mountain Creek Pkwy**
**Dallas, TX 75236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rebecca G Reyna**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Reliant Energy**
**P.O. Box 650475**
**Dallas, TX 75265-0475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rene Valiente Mulato**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ricochet Fuel**
**1201 Royal Pkwy**
**Euless, TX 76040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,769.28 |
|---|---|---|---|

**Robert G Bumstead**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/11/22 - 5/27/22**

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roberto Rodriguez**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,102.00 |
|---|---|---|---|

**Roland Foods**
**PO Box 734016**
**Chicago, IL 60673-4016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RTW Drivers & Controls**
**1901 S. Westmoreland Rd.**
**Glenn Heights, TX 75154-8725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rumi Spice**
**320 W Ohio St., Suite 3W**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rusco Packaging**
**PO Box 226685**
**Dallas, TX 75222-6685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.37 |
|---|---|---|---|

**SafeGuard**
**2843 Cullen St.**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samantha Springs Bottle**
**Sparkletts & Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,114.46 |
|---|---|---|---|

**Saratoga**
**12746 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.50** |
|---|---|---|---|

**SclCO Supply**
**P.O. Box 116438**
**Carrollton, TX 75011-6438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00** |
|---|---|---|---|

**SCN Printing, Inc.**
**6200 Getty Drive**
**North Little Rock, AR 72117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Seedible**
**19 Westwood Ln.**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.00** |
|---|---|---|---|

**Shopify**
**150 Elgin St.**
**Ottawa, ON K2P 1L4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,503.59** |
|---|---|---|---|

**Shoppa's Material Handling**
**P.O. Box 612027**
**Dallas, TX 75261-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Signature Staff Resources, LLC**
**1460 T L Townsend Dr.**
**#104**
**Rockwall, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Silva International Inc**
**523 N Ash Street**
**Momence, IL 60954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Smith Personnel Solutions**
**PO Box 803353**
**Dallas, TX 75380-3353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Smith Repair and Remodel**
**212 East 5th St.**
**Weatherford, TX 76086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,560.00** |
|---|---|---|---|

**Smitty Bee Honey**
**208 Main Ave**
**Defiance, IA 51527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sonia Robles**
**2900 Shotts Steet**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sonia Y. Pargas**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Southwest Heater & Controls**
**10610 Control Place**
**Dallas, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$525.00** |
|---|---|---|---|

**Southwest Industrial Services, Inc.**
**2413 Whitmore**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Southwest Warehouse Services, LLC**
**600 E 9th St Suite 200**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Southwestern Exposition and Livestock Sh**
**PO Box 150**
**Fort Worth, TX 76101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Specialty Food Association - Admissions**
**136 Madison Ave**
**12th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.95 |
|---|---|---|---|

**Spectrum Business**
**P.O. Box 94188**
**Palatine, IL 60094-4188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spice Mama LLC**
**885 San Pedro Terrace Rd**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sproles Woodard LLP**
**777 Main Street, Suite 3250**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,772.00 |
|---|---|---|---|

**Sriracha2Go**
**305 East 40th Street**
**Apt 5K**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,443.00** |
|---|---|---|---|

**St. Charles Trading Inc.**
P.O. Box 5905
Carol Stream, IL 60197-5905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**StartKleen Solutions - Preston Trail Far**
P.O. Box 302
Gunter, TX 75058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Starwest Botanicals, Inc.**
161 Main Avenue
Sacramento, CA 95838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$382,435.61** |
|---|---|---|---|

**Summit Hill Foods**
P.O. Box 743056
Atlanta, GA 30374-3056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,212.56** |
|---|---|---|---|

**Sunbelt Rentals**
P.O. Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Lease

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,721.75** |
|---|---|---|---|

**Sundance Disposal Solutions**
3000 S Hulen St Suite 124-222
Fort Worth, TX 76109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sunteck Transport Co**
PO BOX 536665
Pitttsburgh, PA 15215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Jess Halls Serendipity LLC**

Name

Case number (if known)   **23-40073-mxm11**

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sweco**
**PO Box 733813**
**Dallas, TX 75373-3813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sylvia Y. Berry**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,175.27** |
|---|---|---|---|

**Syndigo, LLC**
**PO Box 734311**
**Chicago, IL 60673-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,800.00** |
|---|---|---|---|

**T&R Pallet Inc**
**3021 N. Hays St**
**Fort Worth, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAS Environmental Services**
**3929 E California Pkwy**
**Forest Hill, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Taylor's Rental Equipment Company**
**PO Box 470764**
**Fort Worth, TX 76147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$748.55** |
|---|---|---|---|

**TechSmarter.Net LLC**
**4128 NW 60th Street**
**OKC, OK 73112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tesla Totonto Automation ULC**
**35 Pollard Street**
**Richmond Hill, ON L4B 1A8,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texaflon**
**2205 Ellis Drive**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas Department of State Health Services**
**Foods Business Filing and Verification G**
**PO BOX 12008**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas First Rentals**
**P.O. Box 650869**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas Workforce Commission**
**101 E 15th St**
**Austin, TX 78778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Textrol**
**3160 Commonwealth Dr.**
**Suite 122**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Hartford**
**PO Box 660916**
**Dallas, TX 72566-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The M.A. Patterson Company**
**840 Mustang Drive**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tommy Felton**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.74 |
|---|---|---|---|

**Total Labeling Solutions, Inc.**
**2300 Mesquite Ct West**
**Bedford, TX 76021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Total Quality Logistics**
**PO BOX 634558**
**Cincinnati, OH 45263-4558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,012.77 |
|---|---|---|---|

**Totpack**
**C/Serra de la Salut, 11 nau 13**
**Barbera del Valles 08210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,113.49 |
|---|---|---|---|

**Toyota Financial Services**
**PO Box 660926**
**Dallas, TX 75266-0926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tri-Star Pipe Inspection**
**P.O. Box 172015**
**Arlington, TX 76003-2015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,320.00**

**Trinity Logistics, Inc.**
PO Box 536203
Pittsburgh, PA 15253-5904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TXU Energy**
P.O. Box 650638
Dallas, TX 75265-0638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6777**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,685.21**

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181.27**

**United HealthCare Services**
PO Box 88106
Chicago, IL 60680-1106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4510**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**United Supermarket #363**
920 East Main
Weatherford, OK 73096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,545.30**

**UPS**
PO Box 650116
Dallas, TX 75265-0116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**UPS Freight**
PO Box 650690
Dallas, TX 75265-0690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**US Foods**
**BOX 843202**
**Dallas, TX 75284-3202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Will C. Bray**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William O Rodgers**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilma C Jim-Horse**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,294.73 |
|---|---|---|---|

**Winpak**
**1365 North Ayala Drive**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,364.82 |
|---|---|---|---|

**Woodland Foods**
**P.O. Box 71852**
**Chicago, IL 60694-1852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7524**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Woods Distrubution Solutions, LLC**
**2900 Meacham Blvd**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jess Halls Serendipity LLC** | Case number *(if known)* | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,442.25 |
|---|---|---|---|

**WorldWide Express**
**PO Box 733360**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wrapper Shop**
**929 Royal Oaks Drive**
**Lewisville, TX 75067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wyoming Casing Service**
**P.O. Box 1153**
**Dickinson, ND 58602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Xerox Business Solutions**
**8200 IH 10 W**
**Suite #400**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Xerox Inc**
**2975 Regent Blvd.**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yacare H. Casio**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zackary Esparza**
**2920 Shotts Street**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Jess Halls Serendipity LLC** | Case number (if known) | **23-40073-mxm11** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 15,150.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,127,885.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,143,035.70 |

**Fill in this information to identify the case:**

Debtor name **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **23-40073-mxm11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Amendment to Commercial Lease Agreement** | |
| State the term remaining — **42 months** | **Cullen & Shotts, LLC**<br>**PO Box 101443**<br>**Fort Worth, TX 76185** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Industrial Lease Agreement** | |
| State the term remaining | **DFW SB Industrial, LLC**<br>**c/o Birtcher Anderson & Davis, Inc.**<br>**Attn: Bob Anderson**<br>**31920 Del Obispo, Suite 260**<br>**San Juan Capistrano, CA 92675** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Master Supply Agreement** | |
| State the term remaining | **KyBod Group LLC dba Sriracha2Go**<br>**305 East 40th Street**<br>**Apr 5K**<br>**New York, NY 10016** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease** | |
| State the term remaining | **Quincy Compressor**<br>**Department 3427 - Lockbox 893427**<br>**PO Box 123427**<br>**Dallas, TX 75312-3427** |
| List the contract number of any government contract | |

| Debtor 1 | **Jess Halls Serendipity LLC** | | | Case number (*if known*) | **23-40073-mxm11** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **24 months** | |
| | List the contract number of any government contract | _____ | **Shoppa's Material Handling, Ltd.**<br>**15217 Grand River Rd.**<br>**Fort Worth, TX 76155** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement (Non-Hazardous Waste)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Sundance Disposal Solutions, LLC**<br>**3000 S Hulen St.**<br>**Suite 124-222**<br>**Fort Worth, TX 76109** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Notice of Assignment and Maintenance Collection Agreement for Equipment Schedule** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Toyota Industries Commercial Finance Inc**<br>**PO Box 660926**<br>**Dallas, TX 75266-0926** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **UCC Financing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Toyota Industries Commercial Finance Inc**<br>**PO Box 9050**<br>**Coppell, TX 75019-9050** |

**Fill in this information to identify the case:**

Debtor name **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **23-40073-mxm11**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40073-mxm11**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $   0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $   1,977,667.20

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $   1,977,667.20

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $   57,340.70

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $   15,150.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$   2,127,885.70

4.   Total liabilities ............................................................................................................................
    Lines 2 + 3a + 3b    $   2,200,376.40

1/23/23 6:15PM

---

**Fill in this information to identify the case:**

Debtor name    **Jess Halls Serendipity LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-40073-mxm11**

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/23/23    X  _~Brian Crisp~_
                              Signature of individual signing on behalf of debtor

                              BRIAN CRISP
                              Printed name

                              CRO
                              Position or relationship to debtor

---

```
Fill in this information to identify the case:

Debtor name     Jess Halls Serendipity LLC
_____

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS
_____

Case number (if known)   23-40073-mxm11
_____
```

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,574,745.23** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$12,113,499.71** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$9,142,097.71** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Interest Income** | **$105.96** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Extinguishment of Debt - PPP** | **$320,093.30** |

Debtor  **Jess Halls Serendipity LLC**                               Case number *(if known)* **23-40073-mxm11**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | Interest Income | $1.92 |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Cullen & Shotts**<br>**1635 Rogers Rd.**<br>**Fort Worth, TX 76107** | **11/7/22**<br>**12/1/22**<br>**12/22/22** | **$41,368.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. | **Higginbotham - Business Insurance**<br>**P.O. Box 735110**<br>**Dallas, TX 75373-5110** | **11/10/22** | **$21,224.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

| Debtor | **Jess Halls Serendipity LLC** | Case number *(if known)* **23-40073-mxm11** |
| --- | --- | --- |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. **Crawford Rodgers**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | **01/13/2022**<br>**01/18/2022**<br>**01/27/2022**<br>**02/02/2022**<br>**02/10/2022**<br>**02/17/2022**<br>**02/25/2022**<br>**03/03/2022**<br>**03/10/2022**<br>**03/17/2022**<br>**03/24/2022**<br>**03/31/2022**<br>**04/07/2022**<br>**04/14/2022**<br>**04/20/2022**<br>**04/26/2022**<br>**05/02/2022**<br>**05/13/2022**<br>**05/20/2022**<br>**05/27/2022**<br>**06/15/2022**<br>**06/15/2022**<br>**06/15/2022**<br>**06/22/2022**<br>**07/01/2022**<br>**07/08/2022**<br>**07/14/2022**<br>**07/22/2022**<br>**08/05/2022**<br>**08/11/2022**<br>**08/18/2022**<br>**08/25/2022**<br>**09/01/2022**<br>**09/08/2022**<br>**09/15/2022**<br>**09/22/2022**<br>**09/29/2022**<br>**10/06/2022**<br>**10/13/2022** | **$90,012.00** | **Wages** |
| 4.2. **Dub Hall**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | **01/13/2022**<br>**01/18/2022**<br>**01/27/2022**<br>**02/02/2022**<br>**02/10/2022** | **$16,826.90** | **Wages** |
| 4.3. **Dub Hall**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | **06/02/2022** | **$600.00** | **Expense reimbursement** |
| 4.4. **George Young Jr.**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | **01/27/2022**<br>**02/25/2022**<br>**03/24/2022** | **$47,424.40** | **Loan Payment** |
| 4.5. **Robert G Bumstead**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | **01/13/2022**<br>**01/18/2022**<br>**01/27/2022**<br>**02/02/2022**<br>**02/10/2022** | **$9,615.40** | **Wages** |

5.  **Repossessions, foreclosures, and returns**

Debtor    **Jess Halls Serendipity LLC**                                    Case number *(if known)*   **23-40073-mxm11**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ICI Foods, Inc. v. Jess Hall's Serendipity, LLC**<br>**Case No. C-1-CV-22-004746** | **Breach of Contract** | **County Court at Law No. 1**<br>**Tarrant County**<br>**100 W. Weatherford**<br>**Fort Worth, TX 76196** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **All-Star Corrugated v. Jess Hall's Serendipity, LLC**<br>**Case No. 2023-000105-2** | **Breach of Contract** | **County Court at Law No. 2**<br>**Tarrant County**<br>**100 W. Weatherford**<br>**Fort Worth, TX 76196** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **PPC Flexible Packaging, LLC v. Jess Hall's Serendipity, LLC**<br>**Case No. 2022 L 009231** | **Breach of Contract** | **Circuit Court of Cook County, Illinois,**<br>**50 West Washington Street**<br>**Richard J.Daley Center**<br>**Office of the Pre**<br>**Suite 1701**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    **Jess Halls Serendipity LLC**                          Case number *(if known)*  **23-40073-mxm11**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Cross Timbers Quail Coalition**<br>**PO Box 470667**<br>**Fort Worth, TX 76147** | **Donation** | **11/09/2021** | **$6,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Golden Franchising**<br>**Corporation**<br>**1131 Rockingham #250**<br>**Richardson, TX 75080** | **Sponsorship** | **07/09/2021** | **$1,500.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Make-A-Wish** | **Charitable Contribution** | **11/30/2021** | **$1,000.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **02/02/2022**<br>**03/31/2022**<br>**05/05/2022**<br>**05/10/2022**<br>**08/01/2022**<br>**10/07/2022**<br>**10/28/2022** | |
| | **Baker Heath, PLLC**<br>**109 Westfork Dr.**<br>**Fort Worth, TX 76114** | | | **$33,600.00** |
| | Email or website address<br>**www.bakerheath.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor      **Jess Halls Serendipity LLC**

Case number *(if known)*   **23-40073-mxm11**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Lain, Faulkner & Co.** **400 N. Saint Paul Street, Suite 600** **Dallas, TX 75201** | | **04/22/2022** **05/04/2022** **05/06/2022** **07/12/2022** **09/09/2022** **10/28/2022** **01/09/2023** | **$160,437.61** |
| | Email or website address **www.lainfaulkner.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Sproles Woodard LLP** **777 Main Street** **Suite 3250** **Fort Worth, TX 76102** | | **08/04/2022** | **$4,700.00** |
| | Email or website address **www.sproles.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Wick Phillips Gould & Martin, LLP** **3131 McKinney Avenue, Suite 500** **Dallas, TX 75204** | | **04/21/2022** **05/04/2022** **05/09/2022** **10/31/2022** **01/09/2023** | **$136,901.28** |
| | Email or website address **www.wickphillips.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

1/23/23  6:32PM

| Debtor | **Jess Halls Serendipity LLC** | Case number *(if known)*  **23-40073-mxm11** |
|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Steven Bigham** | **Quincy Compressor** | **02/18/2022** | **$2,000.00** |
| | Relationship to debtor | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1000 Foch St Suite 120 Fort Worth, TX 76107** | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Product formulas**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Jess Halls Serendipity LLC | Case number *(if known)* 23-40073-mxm11 |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Safeguard Data Storage**<br>**2843 Cullen St**<br>**Fort Worth, TX 76107** | **TBD** | **TBD** | ☐ No<br>■ Yes |
| **Woods Distribution Solutions, LLC**<br>**2900 Meacham Blvd**<br>**Fort Worth, TX 76137** | **TBD** | **TBD** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Suffolk** | | **45 pallets of Sriracha - 75,600 lbs**<br>**4 pallets of Sambal Oelek - 6,720 lbs** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shotts** | | **1,680 lbs of Sambal**<br>**1,344 lbs of Chili Garlic**<br>**6,720 lbs of Sriracha**<br>**1,500 lbs of Laura Scudder's Green Onion Dip Mix**<br>**12 rolls of Laura Scudder's Green Onion Dip Film** | **$0.00** |

Debtor   **Jess Halls Serendipity LLC**                          Case number *(if known)*  **23-40073-mxm11**

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jennifer Watson** <br> **2920 Shotts St.** <br> **Fort Worth, TX 76107** | |
| 26a.2.   **Neal Blough** <br> **2920 Shotts St.** <br> **Fort Worth, TX 76107** | |

Debtor    **Jess Halls Serendipity LLC**                                      Case number *(if known)*   **23-40073-mxm11**

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Daniel Gunnels**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | |
| 26a.4.   **Katy Gibson**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | |
| 26a.5.   **Scott Johnson**<br>**2920 Shotts St.**<br>**Fort Worth, TX 76107** | |
| 26a.6.   **Sproles Woodard**<br>**777 Main St**<br>**Suite 3250**<br>**Fort Worth, TX 76102** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Wick Phillips Gould & Martin LLP**<br>**3131 McKinney Avenue**<br>**Suite 500**<br>**Dallas, TX 75204** | |
| 26c.2.   **Lain Faulkner & Co., PC**<br>**400 N St Paul**<br>**Ste 600**<br>**Dallas, TX 75201** | |
| 26c.3.   **Sproles Woodard LLP**<br>**777 Main Street**<br>**Suite 3250**<br>**Fort Worth, TX 76102** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Frost Bank**<br>**Financial Center**<br>**640 Taylor Street**<br>**Fort Worth, TX 76102** |
| 26d.2.   **Hello Fresh**<br>**28 Liberty St.**<br>**10th Floor**<br>**New York, NY 10005** |

1/23/23  6:32PM

| Debtor | **Jess Halls Serendipity LLC** | Case number *(if known)* | **23-40073-mxm11** |

| Name and address |
|---|
| 26d.3. | **Amarillo National Bank**<br>**PO Box 1**<br>**Amarillo, TX 79105** |
| 26d.4. | **Bank of Oklahoma**<br>**East 2nd Street**<br>**One WIlliams Center**<br>**Tulsa, OK 74172** |
| 26d.5. | **Origin Bank**<br>**El Campo Financial Center**<br>**5001 El Campo Avenue**<br>**Fort Worth, TX 76107** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **GMY Capital Partners, LP** | **2821 West 7th St.**<br>**Suite 500**<br>**Fort Worth, TX 76107** | **Member** | **31.51** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **ORS Energy, LLC** | **PO Box 833**<br>**Weatherford, TX 76086** | **Member** | **14.86** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **GMY-FW No. 2, LP** | **2821 West 7th St.**<br>**Suite 500**<br>**Fort Worth, TX 76107** | **Member** | **22.53** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Serendipity Capital Partners, LP** | **2821 West 7th St.**<br>**Suite 500**<br>**Fort Worth, TX 76107** | **Member** | **26.1** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **RGB Ventures, LLC** | **3909 Monticello Drive**<br>**Fort Worth, TX 76107** | **Member** | **5** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **George M Young Jr** | **2920 Shotts Street**<br>**Fort Worth, TX 76107** | **Manager** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **George (Dub) Hall** | **2920 Shotts Street**<br>**Fort Worth, TX 76107** | **Manager** | |

Debtor   **Jess Halls Serendipity LLC**   Case number *(if known)*   **23-40073-mxm11**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Rodgers | 2920 Shotts Street Fort Worth, TX 76107 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert G. Bumstead | 2920 Shotts Street Fort Worth, TX 76107 | Manager | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Crawford Rodgers | 2920 Shotts Street Fort Worth, TX 76107 | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| George (Dub) Hall | 2920 Shotts Street Fort Worth, TX 76107 | President | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

1/23/23 6:04PM

Debtor    **Jess Halls Serendipity LLC**                                          Case number *(if known)*   **23-40073-mxm11**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/23/23

_____               BRIAN CRISP
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CRO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes